Exhibit A

## Exhibit A

### Doe #1 (141.152.54.82 2005-07-02 19:46:46 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | The Forgotten | PA 1-233-967 |
| Warner Bros. Entertainment Inc. | Alexander | Pending |
| New Line Productions, Inc. | The Butterfly Effect | PA 1-202-063 |
| Warner Bros. Entertainment Inc. | The Jacket | Pending |
| Disney Enterprises, Inc. | The Incredibles | PA 1-250-536 |

## Exhibit A

### Doe #2 (138.88.133.61 2005-06-04 21:24:09 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| New Line Productions, Inc. | Freddy vs. Jason | PA 1-148-576 |
| New Line Productions, Inc. | The Texas Chainsaw Massacre | PA 1-191-744 |
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |

## Exhibit A

### Doe #3 (68.237.92.175 2005-06-30 02:09:47 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Screen Gems, Inc. | Underworld | Pending |
| Universal City Studios Productions LLLP | Lost in Translation | PA 1-207-853 |
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |

# Exhibit A

## Doe #4 (129.44.214.183 2005-06-19 08:27:39 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Million Dollar Baby | PA 1-250-671 |
| Columbia Pictures Industries, Inc. | Are We There Yet? | PA 1-250-579 |

## Exhibit A

### Doe #5 (129.44.73.249 2005-07-05 09:23:55 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Screen Gems, Inc. | You Got Served | PA 1-201-546 |
| Paramount Pictures Corporation | The Longest Yard | PA 1-271-517 |

**Exhibit A**

**Doe #6 (138.89.26.43 2005-06-09 19:09:49 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |

## Exhibit A

### Doe #7 (151.197.43.32 2005-07-08 08:24:11 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |

# Exhibit A

### Doe #8 (151.199.151.248 2005-05-27 15:25:09 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |

## Exhibit A

**Doe #9 (151.203.117.160 2005-05-27 13:07:42 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |

## Exhibit A

### Doe #10 (151.205.109.192 2005-06-24 10:54:38 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Sony Pictures Home Entertainment Inc. | Boogeyman | PA 1-250-717 |
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |

## Exhibit A

### Doe #11 (209.158.248.58 2005-07-07 22:39:11 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios Productions LLLP | Meet The Fockers | PA 1-255-623 |
| Paramount Pictures Corporation | The Longest Yard | PA 1-271-517 |

**Exhibit A**

**Doe #12 (68.163.192.61 2005-06-08 16:30:31 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Million Dollar Baby | PA 1-250-671 |

**Exhibit A**

**Doe #13 (68.236.246.9 2005-06-01 07:30:45 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |