UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Screen Gems, Inc.<br>10202 West Washington Blvd.<br>Culver City, CA 90232;<br><br>New Line Productions, Inc.<br>116 N. Robertson Blvd.<br>Los Angeles, CA 90048;<br><br>Columbia Pictures Industries, Inc.<br>10202 West Washington Blvd.<br>Culver City, CA 90232;<br><br>Sony Pictures Home Entertainment Inc.<br>10202 West Washington Blvd.<br>Culver City, CA 90232;<br><br>Warner Bros. Entertainment Inc.<br>4000 Warner Blvd.<br>Burbank, CA 91505;<br><br>Universal City Studios Productions LLLP<br>100 Universal City Plaza<br>Universal City, CA 91608;<br><br>Artisan Pictures, Inc.<br>2700 Colorado Avenue, Suite 200<br>Santa Monica, CA 90404;<br><br>Disney Enterprises, Inc.<br>500 South Buena Vista Street<br>Burbank, CA 91521;<br><br>Paramount Pictures Corporation<br>5555 Melrose Avenue<br>Los Angeles, CA 90038;<br><br>       Plaintiffs,<br><br> v.<br><br>       DOES 1 - 13,<br><br>       Defendants. | Civil Action No.: <u>1:05-cv-01494-RBW</u> |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss Doe Defendants 1-5, 7-11 and 13 from the above-captioned action **without prejudice**, each side to bear its own costs and attorneys' fees.

NOTICE IS HEREBY FURTHER GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss **with prejudice** all claims in this action against Doe Defendants 6 and 12, each side to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: _____     _____

Stanley M. Brand (D.C. Bar No. 213082)
Ross A. Nabatoff (D.C. Bar No. 376665)
Andrew D. Herman (D.C. Bar No. 462334)
Brand Law Group
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel. (202) 662-9700
Fax (202) 737-7565

Christopher A. Mohr (D.C. Bar No. 458599)
Michael R. Klipper (D.C. Bar No. 166074)
MEYER, KLIPPER & MOHR, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 637-0850
Fax: (202) 637-0851

*Attorneys for Plaintiffs*